**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 22-2023**

────────────

In re:  RALPH CHIDI JARPA, a/k/a Chilly, a/k/a Don Chilly,

        Petitioner.

────────────

On Petition for Writ of Mandamus.  (8:20-cr-00025-PX-5)

────────────

Submitted:  November 17, 2022                    Decided:  November 22, 2022

────────────

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

────────────

Petition denied by unpublished per curiam opinion.

────────────

Ralph Chidi Jarpa, Petitioner Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph C. Jarpa petitions for a writ of mandamus, alleging undue delay in his criminal trial.  He seeks an order from this court directing the district court to dismiss his indictment due to the delay and to offer him bail.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*